UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HATTIE IRVING,

    Plaintiff,

v.     CASE NO. _____

SAM ST. JOHN, in his official capacity as SHERIFF OF SUWANNEE COUNTY; FAMILY DOLLAR STORES OF FLORIDA, LLC; MICHAEL LANDIS, in his individual capacity; and JENNIFER TURNER, in her individual capacity,

    Defendants.
_____/

## NOTICE OF REMOVAL

TO:  THE JUDGES OF THE OF THE UNITED STATE DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION.

Defendant, SAM ST. JOHN; in his official capacity as SHERIFF OF SUWANNEE COUNTY and MICHAEL LANDIS, in his individual capacity ("Defendants") pursuant to 28 U.S.C. §§1331, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, hereby gives this Notice of Removal of an action pending In The Circuit Court of the Third Judicial Circuit, In and For, Suwannee County, Florida, and state:

### I. Procedural Allegations:

1.    Plaintiff sued Defendant In The Circuit Court of the Third Judicial

Circuit, In and For, Suwannee County, Florida, Case Number: 2021-CA-000133. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court proceeding are attached hereto as Exhibits "A" (Amended Complaint), "B" (Summons), "C" (Notice of Appearance); "D" (Motion to Dismiss) and "E" (Notice of Removal).

2. Plaintiff served Defendant on September 16, 2021. This Removal is timely filed under 28 U.S.C. §1446(b). All Defendants consent to removal.

3. A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

II. <u>Federal Jurisdiction:</u>

4. Counts I, II, III of the Amended Complaint are brought under 42 U.S.C. § 1983 and allege Unreasonable Seizure, False Arrest/False Imprisonment, and Malicious Prosecution, in violation of the Fourth Amendment to the United States Constitution. This Court has subject matter jurisdiction over these claims based on federal question jurisdiction, 28 U.S.C. §1331.[1] The Court also has original jurisdiction over Plaintiff's federal civil rights claims under 28 U.S.C. § 1343(a).

5. Counts IV, V, VI, VII, and VIII are state law claims. This Court has

---

[1] Federal question jurisdiction exists in a civil matter when the "claim or right aris[es] under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.

**WHEREFORE**, Defendant SAM ST. JOHN; in his official capacity as SHERIFF OF SUWANNEE COUNTY and MICHAEL LANDIS, in his individual capacity, request that all claims in the referenced action be removed to this Court.

Respectfully submitted this 6th day of October, 2021.

/s/ Zackery Scharlepp



Zackery Scharlepp, (FBN: 0085374)
zascharlepp@coppinsmonroe.com
jclark@coppinsmonroe.com
adelk@coppinsmonroe.com

COPPINS MONROE, P.A.
1319 Thomaswood Drive,
Tallahassee, FL 32308
Office: 850-422-2420 ׀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS
SAM ST. JOHN; in his official capacity as SHERIFF OF SWANNEE COUNTY and MICHAEL LANDIS, in his individual capacity

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

s/ Zackery Scharlepp
Attorney

4824-5915-4173, v. 2